EXHIBIT A



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
Z 394 098 914

Washington, DC 20530
December 17, 1998

Ms. Belinda Monique Fountain
c/o Meredith H. Savitt, Esquire
Law Office of Hite & Casey, P.C.
Attorney at Law
63 Colvin Ave.
Albany, NY  12206

Re:  EEOC Charge Against New York State Dept. of Corrections
     No. 160982681

Dear Ms. Fountain:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.
    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.
    The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.
    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                          Sincerely,

                          Karen L. Ferguson
                          Civil Rights Analyst
                      Employment Litigation Section

cc:  New York District Office, EEOC
     New York State Dept. of Corrections



U.S. Department of Justice

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
Z 394 098 914

*Washington, DC 20530*
December 17, 1998

Ms. Deborah A. Conroy
c/o Meredith H. Savitt, Esquire
Law Office of Hite & Casey, P.C.
Attorney at Law
63 Colvin Ave.
Albany, NY  12206

Re:  EEOC Charge Against New York State Dept. of Correctional
     Services
     No. 165990105

Dear Ms. Conroy:

    Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you through your attorney have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. 12111, et seq., against the above-named respondent.
    If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.
    The investigative file pertaining to your case is located in the EEOC Buffalo Local Office, Buffalo, NY.
    This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

Sincerely,

Karen L. Ferguson
Civil Rights Analyst
Employment Litigation Section

cc:  Buffalo Local Office, EEOC
     New York State Dept. of Correctional Services